MILDRED GREENBERG v. DAVIS GREENBERG.— Motion for stay granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

J. IRVING WALSH, Respondent, v. PATRICK J. FINN, and JOSEPH A. SCOTT and Another, as Executors, etc., of JOHN· MAY, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MORRIS SIMIANSKY, as Surviving Partner, etc., Respondent, v. WILLIAM P. GOLDMAN & BROS., INC., Appellant, Impleaded with ABRAHAM P. LUBELL and Another, as Administrators, etc., of JACOB M. KAHN, Deceased, Respondents.—. Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ADOLPH C. WAPPLER, Respondent, v. THE WOODBURY COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance of the State of New York, etc. (NATIONAL AUTOMOBILE MUTUAL CASUALTY COMPANY).— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of THE STATE TAX COMMISSION for a Reappraisal of the Property of ARTHUR R. WILSON, Deceased, under the Acts in Relation to the Taxable Transfers of Property.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SIDNEY GOLDBERG, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

NICOALI PREOBRAZHENSKI and Others, Appellants, v. THE NATIONAL CITY BANK OF NEW YORK, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

BIRD S. COLER, as Commissioner of Public Welfare of the City of New York, on the Complaint of CLAIRE COSGROVE, Respondent, v. CHARLES A. ROSENGREN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GRUBBE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS SCIURBA, Appellant, v. AMERICAN PETROLEUM CORPORATION, Respondent, Impleaded, etc.— Order reversed, with ten dollars costs and disbursements, and motion for summary judgment granted, with ten dollars costs, for failure of any answering affidavits to rebut the claim of plaintiff as set forth in the moving affidavit. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. MACMASTERS, Appellant.— Judgment reversed and indictment dismissed, on the authority of *People* v. *Ruskay* (243 N. Y. 58). Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE CONTINENTAL INSURANCE COMPANY and Another, Appellants, v. JOSEPH MERCADANTE, Defendant, Impleaded with ALVIN W. KRECH and Others, Respond-

ents.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs and the costs mentioned in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE CONTINENTAL INSURANCE COMPANY and Another, Appellants, v. JOSEPH MERCADANTE, Respondent, Impleaded, etc.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiffs to serve an amended complaint within twenty days from service of order upon payment of said costs and the costs mentioned in the order appealed from. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LEROY SILK MILLS, INC., Respondent, v. MAJESTIC SHIRT CO., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

WILLIAMS, INC., Respondent, v. JAMES L. TITUS, Doing Business, etc., and Another, Appellants.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

CLARA MELLIS, Respondent, v. NEW YORK AND HARLEM RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PHILIP GEFFIN, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LE GERE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Judicial Settlement of the Account of CHATHAM PHENIX NATIONAL BANK and TRUST COMPANY, as Successor Trustee, etc., of EMILE A. THOMAS, Deceased.— Decree so far as appealed from affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARIE HELENE FLUEGEL, as Administratrix, etc., of ERNEST J. FLUEGEL, Deceased, Appellant, v. FREDERIC R. COUDERT, Respondent, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Burr, J., dissents.

HENRY R. STERN and Another, Appellants, v. ARTHUR REICHMAN, Respondent. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

HERBERT F. DAWSON, Appellant, v. EDWARD MARGOLIES, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOHN A. DUNN, Appellant, v. DESLAURIERS COLUMN MOULD CO., INC., Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MARGARET GILBERT, Respondent, v. ANNA HILLMAN and Another, Defendants, Impleaded with PHILIP H. LAHM, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ALBERT PAUL, Respondent, v. DEFOREST GRANT and Others, Defendants, Impleaded with 167 MADISON AVENUE REALTY CORPORATION, Appellant.— Order